**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-mj-8338-BER**

IN RE:
**SEALED SEARCH WARRANT**
_____/

**RESPONSE TO MOTION TO UNSEAL**

The undersigned Assistant United States Attorney hereby respectfully requests that this Court deny the letter motion filed by the Times Union of Albany, New York to unseal the warrant in this matter (DE 4).  The letter motion seeks unsealing of records relating to the search of the residence of former President Donald J. Trump in Palm Beach, Florida, and references two case numbers.  The government has already moved to unseal materials related to the warrant involving the residence of former President Trump under case number 22-mj-8332.  The above captioned warrant, case number 22-mj-8338, concerns an ongoing investigation that is completely unrelated to the subject matter of the other warrant and the letter motion to unseal.  Accordingly, this warrant should remain sealed and the letter motion denied in this case.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:      _____
SUSAN OSBORNE
ASSISTANT UNITED STATES ATTORNEY
Susan.Osborne@usdoj.gov
Admin. No. A5500797
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel:   (561) 820-8711
Fax: (561) 820-8777