**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 22-mj-8338-BER

IN RE:
**SEALED SEARCH WARRANT**
_____/

**ORDER**

This cause came before this Court on the Government's Response Motion to Unseal. The Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Letter Motion to Unseal by Times Union (DE 4) is hereby **DENIED** in this matter.

**DONE AND ORDERED** at West Palm Beach, Florida, this _____ day of August 2022.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE